# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 24, 2018

In re:

    Daniel Maldonado

                    Debtor*

Case Number: 18–30931 amn
Chapter: 7

Federal National Mortgage Association
Movant(s)

v.

Daniel Maldonado
Barbara H. Katz, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

      Pursuant to 11 U.S.C. § 362(d)(1); Federal National Mortgage Association (the "Movant"), filed a Motion for Relief from Stay dated June 26, 2018 (the "Motion", ECF No. 9).  After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

      **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) and (2); to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 282 Grannis Street, East Haven, Connecticut 06512, in accordance with applicable non–bankruptcy law.

Dated: July 24, 2018

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 – rms

*For the purposes of this order, "Debtor" means "Debtors" where applicable.